# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MICHAEL JOHNSON, )<br> )<br>     Plaintiff, )<br> )<br>v. )<br> )<br>BANK OF AMERICA, INC., )<br>a Foreign Corporation, )<br> )<br>Defendant. )<br>_____ ) | Case No. 1:21-cv-00294-KWR-KK |

### STIPULATED AGREEMENT FOR AN EXTENSION OF TIME TO SUBMIT REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Defendant Bank of America, N.A. ("BANA"), improperly named in the Complaint as Bank of America, Inc., by counsel hereby gives notice the Court that the parties have stipulated to a two-week extension of time for BANA to file a reply in support of BANA's Motion to Dismiss [Doc. 5]. The deadline for BANA to submit a reply in support of its Motion to Dismiss is June 14, 2021. Opposing counsel has been reached and stipulates to the instant extension.

    MODRALL, SPERLING, ROEHL, HARRIS
      & SISK, P.A.

By:*/s/ Spencer L. Edelman*
    Spencer L. Edelman
    Post Office Box 2168
    Albuquerque, New Mexico  87103-2168
    Telephone: 505.848.1800
    Email: spencer.edelman@modrall.com
    Attorneys for Defendant Bank of America, N.A.

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: */s/ Spencer L. Edelman*
       Spencer L. Edelman